In re                                                                   Case No. 17−32217
                                                                                              Chapter 13

Travis Antonio Wright,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on September 11, 2017 at 01:30 PM

to consider and act upon the following:

*16* – Motion for Relief from Co−Debtor Stay regarding Lee Darrell Jackson, Motion for Relief from Stay regarding a 2015 BMW X6 Utility. Fee Amount $181 filed by William C. Poole on behalf of BMW Bank of North America. (Poole, William)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

                     PHONE: **1−888−431−3632 Participant Code: 361328**
                             CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

      – Mute your telephone as applicable until your case is called
      – Do not place the phone on hold during the call as many companies utilize background music

      If you cannot mute your phone:
      – Do not conduct work such as paper shuffling or keyboard typing
      – Do not address the court until you are called upon
      – Remain silent while waiting
      – Refrain from making unnecessary noise
      – Turn off electronics that broadcast sound – television, radio
      – Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated August 24, 2017

Juan–Carlos Guerrero
Clerk of Court

In re:  
Travis Antonio Wright  
      Debtor

Case No. 17-32217-DHW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2      User: jmclain      Page 1 of 1      Date Rcvd: Aug 24, 2017  
                             Form ID: nhATT888      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
```
db          +Travis Antonio Wright,    404  Briar Glen Court,    Montgomery, AL 36117-3583
intp        +Lee D. Jackson,    404 Briar Glen Court,    Montgomery, AL 36117-3583
3830104     +Travis A   Wright,    Lee D. Jackson,    404 Briar Glen Court,    Montgomery, AL 36117-3583
3830105     +Travis A   Wright,    Lee D. Jackson,    115 Newbury Lane,    Deatsville, AL 36022-3269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 24 2017 20:44:45
              BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
              Irving, TX   75016,    UNITED STATES 75016-5028
3821613      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 24 2017 20:44:27
              BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH   43016
                                                                                            TOTAL: 2
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Travis Antonio Wright jmilam@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              William C. Poole    on behalf of Creditor   BMW Bank of North America william_poole@bellsouth.net,
               debbie_presley@bellsouth.net
                                                                                            TOTAL: 4
```